STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
NICANOR MANERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICANOR MANERA
Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.  1:06-cr-00171 OWW

STIPULATION AND ORDER FOR
CONTINUANCE OF SENTENCING

_____

It  is  hereby stipulated that the date  for  sentencing be continued from

**September 22, 2008**, **9:00** a.m.,  to **November 10, 2008**,  **9:00 a.m**. The parties agree

that the delay resulting from the continuance shall be excluded in the interests of justice,

including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§

3161(h)(8)(A) and 3161(h)(B)(iv).


DATED: 9/17/08            /s/Stephen Mensel
                          STEPHEN MENSEL
                          Attorney for Defendant

DATED: 9/17/08            McGREGOR W. SCOTT, United States Attorney

                          /s/ Laurel Montoya
                          By LAUREL MONTOYA
                          Assistant United States Attorney

**ORDER**

It is so ordered.

DATED: 9/18/2008          /s/ OLIVER W. WANGER          _
                          OLIVER W. WANGER
                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com